1  LAWRENCE G. BROWN
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751



FILED

SEP 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9                                    2:09-sw    300    

10  IN RE:                          )
                                    )
11  SEARCH WARRANTS AUTHORIZED      )    ORDER FOR DESTRUCTION OF BULK
    FOR THE PREMISES LOCATED AT:    )         MARIJUANA SEIZURE
12                                  )
    Amador County Parcel            )
13  3101011600, site address        )
    25500 Highway 88, Pioneer,      )      2:09-sw    301   
14  California; and                 )
                                    )
15  Amador County Parcel            )
    031010015-000, no address,      )
16  United States Bureau of Land    )
    Management Property.            )
17                                  )
                                    )
18  _____)

19       On or about September 15, 2009, the United States applied for

20  an order permitting its agents to destroy bulk marijuana that it

21  expects to seize in this matter pursuant to duly authorized search

22  warrants.  Having read and considered the papers filed by the United

23  States, and good cause appearing:

24       IT IS HEREBY ORDERED that the DEA and other investigative

25  agencies involved in the investigation of this matter are authorized

26  to destroy, forthwith, any bulk marijuana seized during the

27  investigation.  For evidentiary purposes, the marijuana plants shall

28  be counted and, if possible, weighed.  Additionally, any seized

                                    1

1   marijuana gardens shall be photographed and/or videotaped, and a

2   representative sample taken from each location, which shall be

3   preserved until further order of this court.

4

5   DATED: _Sept. 15, 2009_          GREGORY G. HOLLOWS

6                                    GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2